# EXHIBIT B

Charted Claims:
Method Claim: 1
Non-Method Claim:

| US9986435 | Deputy's Time Clock App ("The Accused Product") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused product practices a method to perform an action (e.g., enabling user for clocking in or clocking out). The accused system practices receiving, by a first device (e.g., Deputy server) located at a first geographical location (e.g., geographical location of a Deputy data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with Deputy app, messages with location updates from a mobile device enabled with Deputy app).<br><br><br><br>https://www.deputy.com/features/employee-time-clock |



### Record time on shift

Make it easy for staff to record their exact hours and breaks. With Deputy, employees just clock in and out of work via an on-site tablet, computer, or phone — and our software creates an automatic record.

https://www.deputy.com/features/employee-time-clock

### Verify time & attendance

Ensure time records are correct. Employees can show their managers they were in the right place, at the right time, with a GPS location stamp on mobile or touch-free facial verification on tablet.

## What is Geofence?

Managers approving timesheets have the ability to view the clock in and clock out location of their team members who clock in via the Deputy mobile apps.

Furthermore, managers are also able to set up notifications to let them know when their team members clock in too far away from their scheduled work location.

Enabling the Geofence feature in Deputy goes one step further to allow managers to block team members from clocking in on their mobile when they are too far from their scheduled work location.

Geofence can be enabled on a Location by Location basis and will also apply to any areas that have physical addresses configured.
https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

| | When is the Geofence setting applied? |
|---|---|
| | When enabled, Geofence will apply to all team members clocking in and out for shifts on their phones or mobile devices including those:<br><br>• Clocking in and out on the Deputy iOS and Android mobile apps<br>• Clocking in and out via the Deputy website on mobile devices<br><br>https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy |

3. Adjust the distance from your work location that you will allow team members to clock in by adjusting the slider under the map and click **Save**.



Once you have enabled Geofence for your Location, any Areas that have a physical address assigned will have Geofence applied to that address when clocking in for a shift in that Area.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

## What will my team members experience with Geofence enabled?

When clocking in or clocking out on a mobile device for a shift at a Location or Area with Geofence enabled, the team member will be able to clock in as normal if they are within the distance the manager has configured for the Geofence radius.

If a team member attempts to clock in for a shift outside the radius the manager has configured they will be blocked from starting their shift.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy



https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

In the past 12 months, we have collected and disclosed (but not sold) personal information in the following categories (from the CCPA): identifiers; customer records; characteristics of protected classifications under California or federal law (e.g. race, religion, sexual orientation, gender, age); commercial information; biometric information; internet/electronic network activity information; geolocation data; audio, electronic, visual, thermal, olfactory or similar information; professional or employment-related information; education information; inferences drawn to create a profile.

https://www.deputy.com/terms/privacy-policy



https://play.google.com/store/apps/details?id=com.deputy.android

| | |
|---|---|
| indicate geographical location information of a second device located at a second geographical location, and | The accused product practices receiving, at a first device (e.g., Deputy server), a message which indicates geographical location information (e.g., location of mobile device with Deputy app) of a second device located at a second geographical location (e.g., mobile device enabled with Deputy app).<br><br>As shown below, a mobile device enabled with the Deputy app sends location information to a Deputy server which uses the location of user to allow the user for clocking in or clocking out.<br><br><br><br>**Record time on shift**<br><br>Make it easy for staff to record their exact hours and breaks. With Deputy, employees just clock in and out of work via an on-site tablet, computer, or phone — and our software creates an automatic record.<br><br>https://www.deputy.com/features/employee-time-clock<br><br>**Verify time & attendance**<br><br>Ensure time records are correct. Employees can show their managers they were in the right place, at the right time, with a GPS location stamp on mobile or touch-free facial verification on tablet. |

## What is Geofence?

Managers approving timesheets have the ability to view the clock in and clock out location of their team members who clock in via the Deputy mobile apps.

Furthermore, managers are also able to set up notifications to let them know when their team members clock in too far away from their scheduled work location.

Enabling the Geofence feature in Deputy goes one step further to allow managers to block team members from clocking in on their mobile when they are too far from their scheduled work location.

Geofence can be enabled on a Location by Location basis and will also apply to any areas that have physical addresses configured.
https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

3. Adjust the distance from your work location that you will allow team members to clock in by adjusting the slider under the map and click **Save**.



Once you have enabled Geofence for your Location, any Areas that have a physical address assigned will have Geofence applied to that address when clocking in for a shift in that Area.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

| | What will my team members experience with Geofence enabled? |
| --- | --- |
| | When clocking in or clocking out on a mobile device for a shift at a Location or Area with Geofence enabled, the team member will be able to clock in as normal if they are within the distance the manager has configured for the Geofence radius. |
| | If a team member attempts to clock in for a shift outside the radius the manager has configured they will be blocked from starting their shift. |
| | https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy |



https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

In the past 12 months, we have collected and disclosed (but not sold) personal information in the following categories (from the CCPA): identifiers; customer records; characteristics of protected classifications under California or federal law (e.g. race, religion, sexual orientation, gender, age); commercial information; biometric information; internet/electronic network activity information; geolocation data; audio, electronic, visual, thermal, olfactory or similar information; professional or employment-related information; education information; inferences drawn to create a profile.

https://www.deputy.com/terms/privacy-policy



https://play.google.com/store/apps/details?id=com.deputy.android

| | |
|---|---|
| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused product practices receiving, at a first device (e.g., Deputy server), a message which includes a request for a first action (e.g., enabling user for clocking in or clocking out) to be performed by the first device (e.g., Deputy server), wherein the one or more messages (e.g., a mobile device enabled with Deputy app, messages with location updates from a mobile device enabled with Deputy app) are received from the second device (e.g., the mobile device enabled with Deputy app), and wherein the geographical location information (e.g., location of mobile device with Deputy app) of a second device (e.g., mobile device enabled with Deputy app) acts as authentication to allow the first action (e.g., location information will authenticate user for clocking in, clocking out, etc.) to be performed by the first device (e.g., Deputy server). |

The location information of the second device (e.g., location of mobile with Deputy app) acts as authentication to allow the first action (e.g., enabling user for clocking in, clocking out, etc.) because it permits the first device (e.g., Deputy server) to perform the first action (e.g., enabling user for Clocking in, clocking out, etc.).



Product ▾    Industries ▾    Pricing    Resources ▾    **Co**

**Record time on shift**

Make it easy for staff to record their exact hours and breaks. With Deputy, employees just clock in and out of work via an on-site tablet, computer, or phone — and our software creates an automatic record.

https://www.deputy.com/features/employee-time-clock

**Verify time & attendance**

Ensure time records are correct. Employees can show their managers they were in the right place, at the right time, with a GPS location stamp on mobile or touch-free facial verification on tablet.

## What is Geofence?

Managers approving timesheets have the ability to view the clock in and clock out location of their team members who clock in via the Deputy mobile apps.

Furthermore, managers are also able to set up notifications to let them know when their team members clock in too far away from their scheduled work location.

Enabling the Geofence feature in Deputy goes one step further to allow managers to block team members from clocking in on their mobile when they are too far from their scheduled work location.

Geofence can be enabled on a Location by Location basis and will also apply to any areas that have physical addresses configured.
https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

3. Adjust the distance from your work location that you will allow team members to clock in by adjusting the slider under the map and click **Save**.



Once you have enabled Geofence for your Location, any Areas that have a physical address assigned will have Geofence applied to that address when clocking in for a shift in that Area.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

## What will my team members experience with Geofence enabled?

When clocking in or clocking out on a mobile device for a shift at a Location or Area with Geofence enabled, the team member will be able to clock in as normal if they are within the distance the manager has configured for the Geofence radius.

If a team member attempts to clock in for a shift outside the radius the manager has configured they will be blocked from starting their shift.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy



https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

In the past 12 months, we have collected and disclosed (but not sold) personal information in the following categories (from the CCPA): identifiers; customer records; characteristics of protected classifications under California or federal law (e.g. race, religion, sexual orientation, gender, age); commercial information; biometric information; internet/electronic network activity information; geolocation data; audio, electronic, visual, thermal, olfactory or similar information; professional or employment-related information; education information; inferences drawn to create a profile.

https://www.deputy.com/terms/privacy-policy



https://play.google.com/store/apps/details?id=com.deputy.android

| | |
|---|---|
| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused product practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., Deputy server), the authenticated first action (e.g., enabling user for clocking in, clocking out, etc.).<br><br>As shown below, when a user with Deputy app installed enters or stays within certain area/geofence set by Deputy server's administrator, the user will be able to clock in or clock out within the geofence whereas outside the geofence, clocking in or clocking out is prohibited.<br><br> Product ▾   Industries ▾   Pricing   Resources ▾   Cc<br><br>**Record time on shift**<br>Make it easy for staff to record their exact hours and breaks. With Deputy, employees just clock in and out of work via an on-site tablet, computer, or phone — and our software creates an automatic record.<br><br>https://www.deputy.com/features/employee-time-clock<br><br>**Verify time & attendance**<br>Ensure time records are correct. Employees can show their managers they were in the right place, at the right time, with a GPS location stamp on mobile or touch-free facial verification on tablet. |

## What is Geofence?

Managers approving timesheets have the ability to view the clock in and clock out location of their team members who clock in via the Deputy mobile apps.

Furthermore, managers are also able to set up notifications to let them know when their team members clock in too far away from their scheduled work location.

Enabling the Geofence feature in Deputy goes one step further to allow managers to block team members from clocking in on their mobile when they are too far from their scheduled work location.

Geofence can be enabled on a Location by Location basis and will also apply to any areas that have physical addresses configured.
https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

3. Adjust the distance from your work location that you will allow team members to clock in by adjusting the slider under the map and click **Save**.



Once you have enabled Geofence for your Location, any Areas that have a physical address assigned will have Geofence applied to that address when clocking in for a shift in that Area.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

23

## What will my team members experience with Geofence enabled?

When clocking in or clocking out on a mobile device for a shift at a Location or Area with Geofence enabled, the team member will be able to clock in as normal if they are within the distance the manager has configured for the Geofence radius.

If a team member attempts to clock in for a shift outside the radius the manager has configured they will be blocked from starting their shift.

https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy



https://help.deputy.com/en/articles/6093908-enable-geofence-in-deputy

In the past 12 months, we have collected and disclosed (but not sold) personal information in the following categories (from the CCPA): identifiers; customer records; characteristics of protected classifications under California or federal law (e.g. race, religion, sexual orientation, gender, age); commercial information; biometric information; internet/electronic network activity information; geolocation data; audio, electronic, visual, thermal, olfactory or similar information; professional or employment-related information; education information; inferences drawn to create a profile.

https://www.deputy.com/terms/privacy-policy



https://play.google.com/store/apps/details?id=com.deputy.android