# THE CHONG LAW FIRM, P.A.

Licensed in: Delaware, New Jersey, Pennsylvania

---

October 31, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

      RE:   *Mellaconic IP LLC v. TimeClock Plus, LLC*
              Civil Action No. 1:22-cv-00244-CFC
              *Mellaconic IP LLC v. Deputy, Inc.*
              Civil Action No. 1:22-cv-00541-CFC

---

Dear Judge Connolly:

    As this Court is aware, Attorney Andrew S. Curfman, counsel for Plaintiff Mellaconic IP LLC, is scheduled to appear at an evidentiary hearing before this Court on Friday, November 4, 2022 at 10:00 a.m. This letter is to inform the Court that Attorney Curfman tested positive for COVID-19 on October 30, 2022. Attorney Curfman is experiencing COVID symptoms and, as such, will not be able to travel to attend the November 4, 2022 hearing in person. Please see the Declaration of Andrew S. Curfman, attached hereto as Exhibit A.

    Counsel for Plaintiff requests that the Court advise as to whether (1) Attorney Curfman can attend the hearing via video or telephone conference; (2) whether Howard L. Wernow of Attorney Curfman's office can/should attend the hearing in Attorney Curfman's place, or a combination of the two; or (3) if the Court would

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

prefer to reschedule the hearing for a later date when Attorney Curfman is symptom free and able to travel for an in person appearance.

    If there are any further questions or concerns, please contact the undersigned at the Court's convenience.

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Together with:

*/s/ Andrew S. Curfman*
Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com