# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMECLOCK PLUS, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC |
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPUTY, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00541-CFC |

**<u>DECLARATION OF ANDREW S. CURFMAN</u>**

I, Andrew S. Curfman, declare as follows:

1. I am lead counsel for Plaintiff Mellaconic IP LLC in the above-captioned matters.

2. I am currently scheduled to appear be this Court for an evidentiary hearing in these matters on November 4, 2022 at 10:00 a.m.

3. On October 30, 2022, I tested positive for COVID-19 and, as of the signing of this Declaration, I am still experiencing COVID symptoms.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Barberton, Ohio on October 31, 2022.

_____
Andrew S. Curfman
Counsel for Plaintiff
Mellaconic IP LLC