IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **TIMECLOCK PLUS, LLC,** <br><br> Defendant. | Civil Action No.: 1:22-cv-00244-CFC |
| **MELLACONIC IP LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **DEPUTY, INC.,** <br><br> Defendant. | Civil Action No.: 1:22-cv-00541-CFC |

## ORDER GRANTING STAY

This Court, having considered Plaintiff's Motion for Stay, ~~and having considered Defendant's response thereto;~~

IT IS HEREBY ORDERED THAT:

1. This case is stayed pending final disposition of the Nimitz Petition in *In re Nimitz Technologies LLC*, Appeal No. 23-103 (Fed. Cir.); and
2. The Parties shall file with this Court a Status Report within thirty (30) days of the final disposition of the Nimitz Petition.

5

SO ORDERED this 18th day of November, 2022.

_____
UNITED STATES CHIEF DISTRICT JUDGE