# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TIMECLOCK PLUS, LLC,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00244-CFC |
| **MELLACONIC IP LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPUTY, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00541-CFC |

## MELLACONIC IP LLC'S NOTICE OF COMPLIANCE WITH THE NOVEMBER 10, 2022 MEMORANDUM ORDER

Plaintiff Mellaconic IP LLC ("Mellaconic") hereby provides this notice that Mellaconic has sent to the Court *in camera* the documents in compliance with the Court's Memorandum of November 10, 2022 via FedEx (mailed on May 9, 2023 – FedEx Tracking Number 772088291452). Documents are produced in electronic format on a dedicated flash drive along with two physical copies of each document.

Dated: May 9, 2023            Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

Together with:
Andrew S. Curfman (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

ATTORNEYS FOR PLAINTIFF