# APPENDIX

# EXHIBIT GGG

**George Pazuniak**

| | |
|---|---|
| **From:** | Duy Tran <duy@ip-edge.com> |
| **Sent:** | Monday, August 16, 2021 1:52 PM |
| **To:** | George Pazuniak; Brandon LaPray; Linh Deitz |
| **Subject:** | Claim Charts for France Brevet HLS Uploaded |

George,

I have uploaded claim charts for 4 targets to your Dropbox. If you could please review.

https://www.dropbox.com/sh/y6112bmkje9r2jd/AAAzOMJIqbZueY0JxvmmENzka?dl=0

Thanks,

Duy

1

**Tammy Overton**

| | |
|---|---|
| **From:** | Duy Tran <duy@ip-edge.com> |
| **Sent:** | Wednesday, April 20, 2022 3:32 AM |
| **To:** | Howard Wernow; Brandon LaPray; Linh Deitz; Andrew Curfman |
| **Subject:** | Re: Claim Charts and Targets for April 2022 |

Claim Charts for Mellaconic have been uploaded.

https://www.dropbox.com/sh/22lz8krst86h4gd/AABUuOLjXvLN1jPi6m5r4c7Aa?dl=0

> On Apr 20, 2022, at 10:43 AM, Duy Tran <duy@ip-edge.com> wrote:
>
> Claim charts for ████ have been uploaded.
>
> ████████████████████████████████████
>
> Thanks,
>
> Duy

> On Apr 14, 2022, at 3:07 PM, Duy Tran <duy@ip-edge.com> wrote:
>
> Howard,
>
> If you could please review the charts and targets provided below for this month.



1



| Target | INC | HQ | Office |
|--------|-----|-----|--------|

| Target | INC | HQ |
|--------|-----|-----|

| Target | INC | HQ |
|--------|-----|-----|

## **Mellaconic (Charts Pending):**

| Target | INC | HQ | Office |
|--------|-----|-----|--------|
| Deputy | DE | CA | GA |
| Soti | TX | OH | N.A |
| Avast | DE | CA | N.A |
| Justworks, Inc | DE | NY | |

2

**George Pazuniak**

| | |
|---|---|
| **From:** | Duy Tran <duy@ip-edge.com> |
| **Sent:** | Tuesday, October 26, 2021 10:44 AM |
| **To:** | George Pazuniak |
| **Cc:** | Brandon LaPray |
| **Subject:** | Re: Nimitz v CNET motion to dismiss |
| **Attachments:** | DT Notes - Answer Brief on CNET's MTD.docx |

Please see attached my redlines. Feel free to tweak grammatically, etc.

> On Oct 26, 2021, at 8:57 AM, George Pazuniak <gp@del-iplaw.com> wrote:
>
> Duy,
>
> Very valid comments.
> To avoid my wasting time to make another mistake, can you just provide the more accurate language as a redline to the brief and then I will finish.
> Would really appreciate.
>
> George
>
> **From:** Duy Tran <duy@ip-edge.com>
> **Sent:** Tuesday, October 26, 2021 9:54 AM
> **To:** George Pazuniak <gp@del-iplaw.com>
> **Cc:** Brandon LaPray <brandon@ip-edge.com>
> **Subject:** Re: Nimitz v CNET motion to dismiss
>
> Please see attached. I have some comments/notes.
>
> > On Oct 24, 2021, at 6:15 PM, George Pazuniak <gp@del-iplaw.com> wrote:
> >
> > Duy,
> >
> > Thank you for reviewing.
> > Your help is always beneficial.
> >
> > Here is the draft of the brief and Exhibit 1.
> >
> > Due on Tuesday.
> >
> > I will still review, but the brief is pretty much done pending your comments.

1

CONFIDENTIAL - ATTORNEY WORK PRODUCT                    Nimitz 0432

George

George Pazuniak
207-359-8576

**From:** Duy Tran <duy@ip-edge.com>
**Sent:** Friday, October 22, 2021 11:39 AM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Brandon LaPray <brandon@ip-edge.com>
**Subject:** Re: Nimitz v CNET motion to dismiss

Yes, please send it over when you have completed it and I will take a look.

Thanks,

Duy

> On Oct 22, 2021, at 10:37 AM, George Pazuniak <gp@del-iplaw.com>
> wrote:
>
> Duy,
>
> We have an answering brief due on Tuesday to respond to CNET's
> motion to dismiss for lack patent eligibility.
> I am working on the brief now, and will finish it probably today or
> tomorrow.
> I would appreciate if you could arrange to review the draft on
> Monday.  I will be delving into the technology, and want to avoid
> mistakes and not kill our infringement positions.
> Thus I hope that you can find time to review and comment.
> Thank you.
>
> George
>
> George Pazuniak
> 207-359-8576
>
> <Answer Brief on CNET's MTD.docx><Exhibit 1 - notice of allowance.pdf>

CONFIDENTIAL - ATTORNEY WORK PRODUCT                    Nimitz 0433

**George Pazuniak**

| | |
|---|---|
| **From:** | Danae Maher <dmaher@ip-edge.com> |
| **Sent:** | Thursday, September 15, 2022 9:38 AM |
| **To:** | George Pazuniak |
| **Cc:** | Brandon LaPray; Gautham Bodepudi; IPE Ops; Linh Deitz; Sanjay Pant |
| **Subject:** | Re: Nimitz cases disclosure |

Perfect, thank you!

On Thu, Sep 15, 2022 at 8:36 AM George Pazuniak <gp@del-iplaw.com> wrote:

Yes – I do have, and on calendar.


George



**From:** Danae Maher <dmaher@ip-edge.com>
**Sent:** Thursday, September 15, 2022 9:30 AM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Brandon LaPray <brandon@ip-edge.com>; Gautham Bodepudi <gbodepudi@ip-edge.com>; IPE Ops <ops@ip-edge.com>; Linh Deitz <linhd@ip-edge.com>; Sanjay Pant <spant@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure


Hello George,


I did sent the calendar invite and the dial in number is located in the invite. Did you see the invite? I show you accepted it. Thank you!


On Thu, Sep 15, 2022 at 8:28 AM George Pazuniak <gp@del-iplaw.com> wrote:

Danae,


Will you be sending a call-in, or want to call me directly?


George

1
CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGED                    Nimitz 0548

**From:** Danae Maher <dmaher@ip-edge.com>
**Sent:** Tuesday, September 13, 2022 6:06 PM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Sanjay Pant <spant@ip-edge.com>; Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>; Linh Deitz <linhd@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure


Hello George,


We are available at 4pm CST on Thursday this week. Would that work?


On Tue, Sep 13, 2022 at 4:00 PM George Pazuniak <gp@del-iplaw.com> wrote:

  I am available now if it is not too late.

  I am available tomorrow after 2:30 pm.

  Thursday most of the day.


  George Pazuniak

  Tel:  207-359-8576




**From:** Danae Maher <dmaher@ip-edge.com>
**Sent:** Tuesday, September 13, 2022 4:48 PM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Sanjay Pant <spant@ip-edge.com>; Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>; Linh Deitz <linhd@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure


Would you like to set up a call?

CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGED                    Nimitz 0549

On Tue, Sep 13, 2022 at 2:38 PM George Pazuniak <gp@del-iplaw.com> wrote:

We can, but I doubt that the Court will terminate the hearing.

Court might see dropping of lawsuits as basically an admission that we filed miosleading information.

**From:** Danae Maher <dmaher@ip-edge.com>
**Sent:** Tuesday, September 13, 2022 3:33 PM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Sanjay Pant <spant@ip-edge.com>; Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>; Linh Deitz <linhd@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure

Hello George,

Please offer walkaways (DWPs, each side to bear its own costs and fees) on all of the pending Nimitz cases in Delaware. We are happy to jump on a call if you would like to discuss our reasoning on this. Thank you!

On Tue, Sep 13, 2022 at 9:39 AM George Pazuniak <gp@del-iplaw.com> wrote:

Dear All,

Please see the attached Order from the Court directing that:

"1. The Court will hold on November 4, 2022 at 10:00 a.m. an evidentiary

hearing to determine whether Plaintiff has complied with the Court's

standing order regarding third-party litigation funding;

"2. Mark Hall shall attend the hearing in person."

CONFIDENTIAL - ATTORNEY CLIENT PRIVILEGED                    Nimitz 0550

George

**From:** Sanjay Pant <spant@ip-edge.com>
**Sent:** Wednesday, May 25, 2022 12:00 PM
**To:** George Pazuniak <gp@del-iplaw.com>
**Cc:** Gautham Bodepudi <gbodepudi@ip-edge.com>; Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure

Hi George,

Thanks for your email. We reviewed the word copies and assume the PDF copies are the same. The word copies all look good. Approved. Suitable for filing. Thanks.

Regards,
Sanjay

On Wed, May 25, 2022 at 10:47 AM George Pazuniak <gp@del-iplaw.com> wrote:

Please confirm that the attached is suitable for filing.

George

**From:** Gautham Bodepudi <gbodepudi@ip-edge.com>
**Sent:** Wednesday, May 25, 2022 10:18 AM
**To:** Sanjay Pant <spant@ip-edge.com>
**Cc:** George Pazuniak <gp@del-iplaw.com>; Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>
**Subject:** Re: Nimitz cases disclosure

Edit 3 to show cause

4

CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGED                Nimitz 0551

On Wed, May 25, 2022 at 7:04 AM Gautham Bodepudi <gbodepudi@ip-edge.com> wrote:

  Edit 2

On Wed, May 25, 2022 at 7:01 AM Gautham Bodepudi <gbodepudi@ip-edge.com> wrote:

  On Wed, May 25, 2022 at 6:58 AM Sanjay Pant <spant@ip-edge.com> wrote:

  On Wed, May 25, 2022 at 8:21 AM George Pazuniak <gp@del-iplaw.com> wrote:

    This is just prolonging the situation, and just raising questions as to why I could not have filed earlier.

    The statement regarding funding is not correct because it simply says there is no funding arrangement which is not correct.

    Will Nimitz consent to my withdrawal as counsel?

    I plan to file motion to withdraw today.

    George

    **From:** Gautham Bodepudi <gbodepudi@ip-edge.com>
    **Sent:** Tuesday, May 24, 2022 7:37 PM
    **To:** George Pazuniak <gp@del-iplaw.com>
    **Cc:** Brandon LaPray <brandon@ip-edge.com>; IPE Ops <ops@ip-edge.com>
    **Subject:** Re: Nimitz cases disclosure

    George,

CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGED                    Nimitz 0552

Please see attached edits.

Please let me know if you have any questions.

Thanks.

Best,

Gau

On Tue, May 24, 2022 at 2:17 PM George Pazuniak <gp@del-iplaw.com> wrote:

Please also see the attached response.

George

**From:** George Pazuniak
**Sent:** Tuesday, May 24, 2022 4:42 PM
**To:** 'Brandon LaPray' <brandon@ip-edge.com>
**Cc:** 'Gautham Bodepudi' <gbodepudi@ip-edge.com>
**Subject:** RE: Nimitz cases disclosure

Please see and approve attached.

George

--

6
CONFIDENTIAL  - ATTORNEY CLIENT PRIVILEGED                    Nimitz 0553

## George Pazuniak

| | |
|---|---|
| **From:** | dbennett directionip.com <dbennett@directionip.com> |
| **Sent:** | Thursday, September 22, 2022 11:13 AM |
| **To:** | patent@chonglawfirm.com; George Pazuniak; stamoulis@swdelaw.com; Howard Wernow; Ron Daignault; Chandran Iyer; Jimmy Chong; dbennett directionip.com; Andrew Curfman; Papool Chaudhari; IPE Ops; Sanjay Pant; Gautham Bodepudi; Yasmine |
| **Subject:** | FW: Procedural Questions Concerning Rule 41 Dismissal |
| **Attachments:** | State Nat_l Ins. Co. v. County of Camden_ 824 F.3d 399.PDF |

**From:** Gautham Bodepudi <gbodepudi@ip-edge.com>
**Sent:** Tuesday, September 20, 2022 3:09 PM
**To:** dbennett directionip.com <dbennett@directionip.com>
**Cc:** IPE Ops <ops@ip-edge.com>
**Subject:** Fwd: Procedural Questions Concerning Rule 41 Dismissal

I performed some legal research into whether a court needs to approve a stipulated dismissal pursuant to FRCP 41(a)(1)(A)(ii). As can be seen from the block quote from the Third Circuit, which is binding upon the District of Delaware, a dismissal pursuant to that subsection "does not require the approval of the court" and automatically ends the case upon its filing:

> Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action **without a court order** by filing ... a stipulation of dismissal signed by all parties who have appeared."

> The language of the rule makes clear that a dismissal under Rule 41(a)(1)(A)(ii) **does not require a court order, nor does it require the approval of the court.** Because a dismissal under Rule 41(a)(1)(A)(ii) does not require a court order or approval, we have held that "[t]he entry of such a stipulation of dismissal is effective automatically."

> State National's argument that Rule 58 requires a separate entry of judgment is unavailing. Every court to have considered the nature of a voluntary stipulation of dismissal under Rule 41(a)(1)(A)(ii) has come to the conclusion that **it is immediately self-executing. No separate entry or order is required to effectuate the dismissal.**

1

CONFIDENTIAL  - COMMON INTERREST
ATTORNEY CLIENT PRIVILEGED

Nimitz 0579

Once the voluntary stipulation is filed, **the action on the merits is at an end**. "[A]ny action by the district court after the filing of [the Stipulation of Dismissal] can have no force or effect because the matter has already been dismissed." **A voluntary dismissal deprives the District Court of jurisdiction over the action.**

*State Nat'l Ins. Co. v. Cty. of Camden*, 824 F.3d 399, 406-07 (3d Cir. 2016)(emphasis added) I have attached the *Stat Nat'l* here for your ease of reference.

In our opinion, under the facts of the _____ case, a stipulation of dismissal would end the case and remove Judge Connolly's jurisdiction over the matter.

2

**Subject**: RE: Lamplight - Sally Pugal - UPDATE
**From**: patent@chonglawfirm.com
**To**: Papool Chaudhari <papool@pralawllc.com>
**Cc**: Yasmine <yasmine@chonglawfirm.com>, Linh Deitz <linhd@ip-edge.com>, Brandon LaPray <brandon@ip-edge.com>, Danae Maher <dmaher@ip-edge.com>, Gautham Bodepudi@ip-edge.com>
**Date Sent**: Thursday, November 3, 2022 7:54:51 AM GMT-06:00
**Date Received**: Thursday, November 3, 2022 7:54:55 AM GMT-06:00

All:

Thanks for all your efforts.  Please document everything and I will let the judge know of all the dates I was informed of Sally's contacts.  You will likely be called to testify so I suggest you keep all the dates and contacts as well.  Thanks

Very truly yours,

Jimmy Chong, Esq
Yasmine Roc, Paralegal

Delaware - Red Clay Center at Little Falls, 2961 Centerville Rd., Ste 350, Wilmington, DE 19808 -- Tel. 302-999-9480 (DE MAILING ADDRESS)
Lansdale - 100 West Main Street, Suite 420., Lansdale, PA 19446 -- Tel. 215-909-5204 (PA MAILING ADDRESS)
Philadelphia - 1845 Walnut Street, Suite 1300, Philadelphia, PA 19103 Tel. 215-909-5204 (NO MAIL)

Please Note Our New Fax Number: 302-800-1999
www.chonglawfirm.com

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT: Emails and attachments received from us may be protected by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please do not read, copy, use, forward, or disclose any such communications or attachments to others; immediately notify the sender by reply email; and delete the email and the reply from your system. Any unauthorized disclosure, copying, distribution, or use of emails from us or any attachments thereto is prohibited.


-------- Original Message --------
Subject: Re: Lamplight - Sally Pugal - UPDATE
From: Papool Chaudhari <papool@pralawllc.com>
Date: Wed, November 02, 2022 7:16 pm
To: patent@chonglawfirm.com
Cc: Yasmine <yasmine@chonglawfirm.com>, Linh Deitz <linhd@ip-edge.com>, Brandon LaPray <brandon@ip-edge.com>, Danae Maher <dmaher@ip-edge.com>, Gautham Bodepudi <gbodepudi@ip-edge.com>

Jimmy,

As you know, Sally finally got back to Linh with the text that was sent to you.  I understand you want a doctor's note, but given that we just finally heard back from Sally after being ghosted for quite some time and the hearing being on Friday, it isn't likely or feasible that we'll have one by the hearing. Hence, we are preparing a declaration that Linh will take to her tonight for her to sign.  We will also have Linh ask Sally to get a doctor's note asap that states that her doctor will not permit her to fly.

Given the circumstances and timing for Friday, that's the best we can do.

Papool

On Wed, Nov 2, 2022 at 10:34 AM Papool Chaudhari <papool@pralawllc.com> wrote:

Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege

Jimmy,

Just wanted to give you a quick update on Sally. We have continued to try to get a hold of her, to no avail.  Just now, moments ago, Linh went to Sally's workplace in an attempt to talk to her and get her on the phone with us.  Sally was not there. The front staff informed Linh that Sally is out sick today.

Just wanted to let you know, as it is very odd for her to miss work (as you know, her office relies on her, so her missing work means there is something wrong with her that is causing her to miss work), which corroborates her health concerns.

Papool

--
Papool Chaudhari
papool@pralawllc.com

--
Papool Chaudhari
papool@pralawllc.com

**LAMPLIGHT0067**
Confidential Attorney-Client Privilege and/or Confidential Common Interest Attorney-Client Privilege

**Tammy Overton**

| | |
|---|---|
| **From:** | Linh Deitz <linhd@ip-edge.com> |
| **Sent:** | Friday, September 30, 2022 1:19 PM |
| **To:** | patent@chonglawfirm.com; Yasmine; Howard Wernow; Andrew Curfman; Justin Schiff |
| **Subject:** | Recurring calls for Mellaconic IP to prepare for Connolly Hearing |

Hello Howard and Jimmy,

Are you available on Mondays at 4pm CST to have a recurring 60 minute call with the owner of Mellaconic IP -
Hau Bui, Cortney, Gau and Papool?

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC

1

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00327

**Tammy Overton**

| | |
|---|---|
| **From:** | Linh Deitz <linhd@ip-edge.com> |
| **Sent:** | Monday, October 17, 2022 6:38 PM |
| **To:** | Howard Wernow; Andrew Curfman |
| **Cc:** | Gautham Bodepudi; Papool Chaudhari |
| **Subject:** | Additional call with Hau for Mellaconic to prep for Connolly Hearing |

Hello Howard and Andrew,

Gau and Papool will be having an additional call with Hau tomorrow at 9am CST.  The team wants to prepare Hau more for his 11/4 hearing.  I will include you in the invite in the event you can participate in the call.  If you are not able to join, they will proceed with running through practice questions and doing extra prep for Hau.


Sincerely,

Linh Deitz
Office Manager
IP Edge LLC

CONFIDENTIAL - COMMON INTEREST ATTORNEY-CLIENT PRIVILEGE          MELLACONIC 00386

11:01





Hau ›

Fri, Oct 14 at 11:56 AM

Your flight is booked

Thanks

Mon, Oct 17 at 12:43 PM

Hey are you available to do another 1 hr call with Gau and Papool sometime this week?

It will be tough unless it is early. I usually head to work @ 10

So you could do a

Text Message

CONFIDENTIAL - COMMON INTEREST ATTORNEY CLIENT PRIVILEGE

MELLACONIC 00733

2:35



MH

Mark ›

Nimitz'a bank account at Chase since you have the account open?

Sure 👍

You doing ok?

Thu, Sep 29 at 11:32 AM

Hey Mark, can you talk?

Are you free today at 2pm to talk to someone from our team?

Yes I can do that



iMessage

CONFIDENTIAL

Nimitz 0349



2:35

MH

Mark

Ok thx. Gau will call you directly.

👍

Gau will be calling you from this number- (630) 408-5194

Fri, Sep 30 at 1:56 PM

I hope the call with Gau explained things better for you.

Can I offer Tues at 3pm besides 12pm for the recurring calls?

It explains it. However

iMessage

CONFIDENTIAL   Nimitz 0330

**George Pazuniak**

| | |
|---|---|
| **From:** | Linh Deitz <linhd@ip-edge.com> |
| **Sent:** | Monday, October 03, 2022 1:59 PM |
| **To:** | Mark Hall |
| **Cc:** | Gautham Bodepudi; Papool Chaudhari; George Pazuniak |
| **Subject:** | Weekly calls scheduled and materials to review for Nimitz Technologies weekly call |

Hello Mark,

Your calls to discuss the Connolly hearings will be on Tuesday at 12pm CST with our team (Gau and Papool) and lead counsel - George Pazuniak.  Please see the link for the materials you can review prior to the video calls. I have sent a calendar invite with a link to join the calls.

https://www.dropbox.com/sh/byp1gkjtplozhdg/AADPxpMDDQfgRZqBYFO9O5PDa?dl=0

Sincerely,

Linh Deitz
Office Manager
IP Edge LLC

CONFIDENTIAL

Nimitz 0681